## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

MICHAEL HOLLEY,

                Petitioner

          v.

COMMON PLEAS COURT OF
PHILADELPHIA,

                Respondent

: No. 23 EM 2019
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 1st day of July, 2019, the Application for Leave to File Original Process and the Applications for Leave to Supplement are GRANTED. The Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.